UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANET ELLIS

v.                                                              CASE NO.  3:05CV 1623 (RNC) (DFM)

SOLOMON AND SOLOMON, P.C.
JULIE S. FARINA                                                 July 24, 2006
DOUGLAS FISHER

PLAINTIFF'S MOTION TO COMPEL DEPOSITION

Plaintiff moves for an order compelling the depositions twice previously noticed, at defendants' location and expense. Plaintiff twice noticed defendants' depositions at their offices in Albany NY, accompanied by a request for inspection of the premises. The notice was for the convenience of defendants; Mr. Fisher in particular has repeatedly complained about the inconvenience to him of a deposition in Connecticut, and has successfully derailed his deposition well past the termination of discovery in Lynn v. Solomon & Solomon, Civil No. 3:05CV 888 (RNC) (DFM) (Doc. No. 76).

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

Certificate of Service

I hereby certify that on July 7, 2006, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___