UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANET ELLIS

v.  CASE NO. 3:05CV 1623 (RNC) (DFM)

SOLOMON AND SOLOMON, P.C.
JULIE S. FARINA   July 24, 2006
DOUGLAS FISHER

## LOCAL RULE 37 AFFIDAVIT

The undersigned certifies, pursuant to 28 U.S.C. §1746, that defense counsel has not responded to her initiatives to proceed with the depositions and avoid imposition on judicial resources. Because of this typical refusal to respond, the parties were unable to resolve their differences.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 24, 2006.

　　　　　　　_____/s/ Joanne S. Faulkner___
　　　　　　　JOANNE S. FAULKNER ct04137
　　　　　　　123 Avon Street
　　　　　　　New Haven, CT  06511-2422
　　　　　　　 (203) 772-0395
　　　　　　　j.faulkner@snet.net

Certificate of Service

I hereby certify that on July 7, 2006, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

　　　　　　　____/s/ Joanne S. Faulkner___
　　　　　　　JOANNE S. FAULKNER ct04137
　　　　　　　123 Avon Street
　　　　　　　New Haven, CT 06511-2422
　　　　　　　(203) 772 0395
　　　　　　　j.faulkner@snet.net