UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANET ELLIS

v.                          CASE NO. 3:05CV 1623 (JBA)

SOLOMON AND SOLOMON, P.C.
JULIE S. FARINA                          April 3, 2008
DOUGLAS FISHER

<u>MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT</u>

Plaintiff sued defendants for violation of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692. Defendant Solomon and Solomon, P.C. (S&S) is an Albany NY law firm responsible for hundreds of collection actions filed in Connecticut signed by defendant Farina. The two documents involved in this motion are a form letter drafted by defendant Fisher for use when defendants are aware that the consumer has requested the creditor to cease communications, and the summons and complaint which followed on the heels thereof, signed by defendants Farina with a recognizance by Fisher.

Plaintiff hereby incorporates by reference her Memorandum in Support, Doc. No. 56-1, filed February 25, 2008.

CONCLUSION

Summary judgment should enter for plaintiff in the amount of $1,000 with fees and costs upon application.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

Certificate of Service

I hereby certify that on April 3, 2008, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net