UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANET ELLIS

v.                                                                 CASE NO.  3:05CV 1623 (JBA)

SOLOMON AND SOLOMON, P.C.
JULIE S. FARINA                                                April 3, 2008
DOUGLAS FISHER

PLAINTIFF'S LOCAL RULE 56(a)1 STATEMENT

Plaintiff relies on material facts as to which there is no issue to be tried. Plaintiff incorporates herein by reference her Statement, Doc. No. 56-2, filed on February 25, 2008.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

Certificate of Service

I hereby certify that on April 3, 2008, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net