UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANET ELLIS,<br>    *Plaintiff*,<br><br>    v.<br><br>SOLOMON AND SOLOMON, P.C.,<br>JULIE S. FARINA, and DOUGLAS FISHER,<br>    *Defendants*. | No. 05-cv-1623 (JBA) |

**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL**

The plaintiff's motion to seal or strike [Doc. # 79] the affidavit of Linda Reece [Doc. # 77] is GRANTED with respect to sealing, and otherwise taken under advisement.

The affidavit thus is ordered sealed entirely until further order of the Court.

IT IS SO ORDERED.

/s/

_____
JANET BOND ARTERTON, U.S.D.J.

Dated at New Haven, Connecticut, this 23rd day of May, 2008.