UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANET ELLIS

v.                                          CASE NO.  3:05CV 1623 (JBA)

SOLOMON AND SOLOMON, P.C.
JULIE S. FARINA                             March 9, 2009
DOUGLAS FISHER

FEE AFFIDAVIT

Joanne S. Faulkner states:

1. I am an attorney with a nationwide federal practice, licensed in the United States Supreme Court, the Second, Fourth, Fifth, Sixth, Seventh and Tenth Circuit Courts of Appeals, the United States District Courts for the District of Connecticut and the Southern and Eastern Districts of New York, and Connecticut state courts.

2. I represent the plaintiff and submit this affidavit in support of a request for attorneys fees. Blum v. Stenson, 465 U.S. 886 n.5 (1984).

3. I was admitted to practice in New York in 1963, and in Connecticut in 1967. From 1967 to 1985, I was a staff attorney with New Haven Legal Assistance Association, Inc., a nonprofit corporation. I am in private practice, restricted to consumer-related matters, preferably for persons who cannot afford to pay a lawyer.

4. I have been involved in groundbreaking nationally reported cases, including Heintz v. Jenkins, 514 U.S. 291 (1995); Connecticut v. Doehr, 501 U.S. 1 (1991); Nelson v. Chase Manhattan Mortgage Corp., 282 F.3d 1057 (9th Cir. 2002); Romea v. Heiberger & Assoc., 163 F.3d 111 (2d Cir. 1998); Bass v. Stolper, Koritzinsky, Brewster & Neider, S.C., 111 F.3d 1322 (7th Cir. 1997); Charles v. Lundgren & Associates, P.C., 119 F.3d 739 (9th Cir.

1997); Newman v. Boehm, Pearlstein & Bright, Limited, 119 F.3d 477 (7th Cir. 1997); Poirier v. Alco Collections, Inc., 107 F.3d 347 (5th Cir. 1997); Avila v. Rubin, 84 F.3d 222 (7th Cir. 1996); Bentley v. Great Lakes Collection Bureau, Inc., 6 F.3d 60, 62 (2d Cir. 1993); Clomon v. Jackson, 988 F.2d 1314, 1321 (2d Cir. 1993).

5. I have had extensive experience for more than thirty five years in consumer matters, including litigation, conducting seminars and writing articles. Well before Heintz v. Jenkins, 514 U.S. 291 (1995), I had national renown for my expertise in consumer cases. I am frequently consulted by, and mentor, consumer practitioners from all over the country. In October, 2002, I received the prestigious Vern Countryman Award from the National Consumer Law Center "for excellence and dedication in the practice of consumer law on behalf of low-income consumers." http://www.consumerlaw.org/award/faulkner.shtml

6. I am a past chair of the Consumer Law Section of the Connecticut Bar Association and was the editor of its newsletter for over ten years until 1998. I was a member of the Federal Reserve Board's Consumer Advisory Council. I was on the Board of Directors of the National Consumer Law Center and am presently a trustee thereof. I am a founding member of the National Association of Consumer Advocates, Inc.

7. I have lectured for the Connecticut Bar Association, the National Consumer Law Center, the National Association of Consumer Advocates, the New Haven County Bar Association, and other entities on consumer laws, and have published articles in those fields. I have been a contributing editor of the National Consumer Law Center's Truth in Lending Manual, Automobile Fraud Manual, Credit Discrimination Manual, Fair Credit Reporting Act Manual, Fair Debt Collection Manual, and supplements. I served the Connecticut Law Revision Commission as a member of the Advisory Committee on UCC Article 2A, and on a

Consumer Leasing Committee.

8. My work in connection with this consolidated case is shown on the schedule attached hereto. I prepared time records contemporaneously with performance of the work. The time records do not duplicate work performed in any other file; they do not include non-legal tasks such as filing or copying, minor calls such as defendant's multiple calls seeking consent to extensions of time, calls from or to client to report on progress.

9. Not even a handful of Connecticut attorneys are willing to accept consumer cases because of the special expertise required and the risk of nonpayment.

10. I am requesting attorney's fees at the rate of $350 per hour. I believe that the award requested is reasonable, and is under the lowest current market rate in the community of my peers for federal litigation. The rate was awarded me in Carter v. Reiner, Reiner & Bendett, P.C., Civil No. 3:06CV988 (AWT) (D. Conn. Aug. 28, 2008) (including travel time); Register v. Reiner, Reiner & Bendett, P.C., Civil No. 3:06CV987 (JCH) (D. Conn. Oct. 19, 2007) Doc. No. 115; Cooper v Ellis Crosby & Assoc, Inc., Civil No. 3:05CV 1467 (MRK) (D. Conn. May 4, 2007) Doc. No. 45; St. Denis v. New Horizon Credit, Inc., Civil No. 3:05CV 1952 (JBA) (D. Conn. July 12, 2006); Moore v. Sank, Civil No. 3:03CV801 (CFD) (D. Conn. June 2, 2006); Sylvia v. Ellis, Crosby & Associates, Inc, Civil No. 3:05CV 1468 (JCH) (D. Conn. Dec. 12, 2005); Petrolito v. Arrow Financial Services, Civil No. 3:02cv484 (JCH) (Doc. No. 148) (D. Conn. July 28, 2005). In Nelson, *supra*, the client paid for my services at $500 per hour. I have been awarded fees at $300 per hour for several years, e.g., in Goins v. JBC & Associates, P.C., 2006 WL 540332 (D.Conn. March 06, 2006); Cashman v. Ricigliano, Civil No. 3:02CV1423 (MRK) (D. Conn. Apr. 29, 2005); Johnson v. Consumer Education Services, Inc., Civil No. 3:03CV 1115 (AWT) (D. Conn. Feb. 7, 2005); Pabon v Recko, Civil No. 3:00CV 380

(DJS)(TPS) (D. Conn. Dec. 30, 2004) Doc. No. 171; Murphy v Kwiatek, Civil No. 3:03cv173 (MRK) (WIG) (D. Conn. Oct. 5, 2004) Doc. Nos. 15, 17; Harvey v. USCB, Inc., Civil No. 3:02CV1770 (DJS) (D. Conn. Jan. 31, 2003) ($300 per hour); Wrightington v. Nationwide Capital Recovery, Civil No. 3:02CV 1175 (JBA) (JGM) (D. Conn. Jan 6, 2003) ($300 per hour). See also Orchano v. Advanced Recovery, Inc. (1998) ($275 per hour); Nickerson v. J&P Credit Services, Civil No. 3:99CV1876 (DJS) (TPS) (D. Conn. Mar. 29, 2000) ($275 per hour granted as requested with finding that $275 "is substantially less than that normally commanded by Ms. Faulkner").

11. The Second Circuit commented favorably on my experience, reputation and ability, noting the "eight federal district court cases in Connecticut in 1993 and 1994 alone" in which Mrs. Faulkner had been awarded fees at $200 per hour. Orchano v. Advanced Recovery, Inc., 107 F.3d 94, 100 (2d Cir. 1997).

12. Compare rates awarded to John Williams (attorney with law 1984 law degree) in 2004 and 2006. Broadnax v City of New Haven, Civil No. 3:98CV807 (WWE) (D. Conn. March 4, 2004) ($300 per hour to John Williams); Charter Communications v Rodriguez, Civil No. 3:05CV1001 (WWE) (D. Conn. Apr. 7, 2006) (awarding John Williams $350 per hour for work in 2004 and $360 for 2005); Galazo v. Pieksza, 2006 U.S. Dist. LEXIS 1697, 8-9 (D. Conn. 2006) (awarding John Williams $350 per hour); Doe v. East Haven Bd. of Ed., Civil No. 3:02CV780 (CFD) (D. Conn. Mar. 31, 2006) (awarding John William $350 per hour). In the consumer field, $325 /hour was awarded to Daniel Blinn, who has practiced consumer law many fewer years than I, and whom I mentor. Powell v. Harriott, Civil No. 05cv1811 (**JBA**), 2006 U.S. Dist. LEXIS 59857 (D. Conn. Aug. 14, 2006). See also Sony Electronics v. Soundview Technologies, Inc., 398 F. Supp. 2d 443, 448 (D. Conn. 2005) (awarding $400 per hour to

4

attorney with 30 years' experience, and $325 per hour to attorney with nine years' experience); M.K. v. Sergi, Civil No. 3:96cv482 (D. Conn. Sept 25, 2008) ($375 / hour, surveying rates at slip op. 3-5, Doc. No. 329); Bristol Tech., Inc. v. Microsoft Corp., 127 F. Supp. 2d 64, 76 & n.15 (D. Conn. 2000) (finding that $375 per hour was "an appropriate rate for a trial lawyer with almost 30 years experience in complex civil litigation"); Conn. State Dep't of Social Servs. v. Thompson, 289 F. Supp. 2d 198, 203-207 (D. Conn. 2003) (determining that an hourly rate of $375 per hour for a partner in private practice, in a complex case requiring attorneys with expertise in Medicare law, was "fully consistent with hourly rates charged by comparable attorneys practicing in this District"); Milde v. Hous. Auth. of Greenwich, Civil No. 3:00CV2423 (AVC), 2006 U.S. Dist. LEXIS 92258 (D. Conn. 2006) ($300 per hour for attorney admitted in 1997); Doe v. Bridgeport Police Dep't, 2006 U.S. Dist. LEXIS 94509, 14-15 (D. Conn. 2006) ($375 per hour for attorneys who were developing expertise in the area of law involved in the lawsuit); Stuart v. Stuart, No. X08 CV 020193031, 2005 WL590433, at *5 (Conn. Super. Feb. 10, 2005) (determining that $350 per hour for an experienced trial lawyer was "reasonable and inline with prevailing market rates in this area"); Kaplan v. Gruder, 2000 WL 767697 (Conn. Super. Ct., May 25, 2000) (finding that a requested fee of $450 and $480 per hour, which were "the rates prevailing in New York City," "are considerably different from the rates here in Connecticut," and, therefore, the attorney was entitled to only $350 per hour). Earlier cases showing older rates include Conn. State Dep't of Soc. Servs. v. Thompson, 242 F. Supp. 2d 127 (D. Conn. 2003) (awarding fees at the rates of $ 325/hour and $ 375/hour and citing numerous cases in which District of Connecticut judges have concluded that an hourly rate of $ 250 to $ 300 was the prevailing market rate of attorneys with a high degree of expertise in their field of law); Tsombanidis v. City of W. Haven, 208 F. Supp. 2d 263, 275 (D. Conn. 2002)

(awarding requested $275 /hr to counsel with 17 years' experience on evidence that rates of $250/hour to $325/hr were the prevailing rates in medium to large firms in Connecticut in 2000 for attorneys with comparable experience); Wallace v. Fox, Civil No. 3:96CV772 (D. Conn. May 11, 1998) (awarding blended rate of $345.57 per hour inclusive of a 1.5 multiplier to several counsel and paralegals in shareholder derivative action); CG v. New Haven Bd. of Education, 988 F. Supp. 60, 69 (D. Conn. 1997) ($250/hr); Mrs. B. v. Milford Bd. of Educ., Civil No. 3:93CV1723 (DJS) (TPS) (D. Conn. Nov. 4, 1997) ($250/hr consistent with prevailing rate in Connecticut); Russo v. Coppola, Civil No. 3:93CV1734 (AHN) (D. Conn. Feb. 6, 1995) ($250/hr); Kintz v. City of New Haven, 1993 WL 276945 at *3 (D. Conn. June 18, 1993) ($250/hr), aff'd 29 F.3d 622 (2d Cir. 1994); Friends of Animals, Inc. v. Hirsch, Civil No. 3:90CV621 (WWE) (D. Conn. Jan. 20, 1993) ($250/hr); Gonzalez v. Town of Stratford, 830 F. Supp. 111, 113 (D. Conn. 1992) ($250/hr).

13. Published hourly billing rates of Connecticut private counsel with which I am familiar are:

First quarter of 1995:
John Droney        law degree 1973      litigation      over 300

Third Quarter of 1997:
Richard Beider     law degree 1965      litigation      350

Third quarter of 1999
Hon. Stefan R. Underhill    14 years' practice          340

2005
Bernard Kennedy    admitted   1985                      300
Burton Cohen       law degree 1984                      350

2006
Antonio Ponvert III   law degree 1990                   350

2008
David Shaw         admitted 1973                        400

6

The foregoing is true and correct and is signed under the penalties of perjury on March 9, 2009

       __/s/ Joanne S. Faulkner___
     JOANNE S. FAULKNER

Certificate of Service

I hereby certify that on March 9, 2009, a copy of within was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       ____/s/ Joanne S. Faulkner___

Ellis v Solomon

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 06/15/05 | tel conf re lawsuit, debt problems | 0.50 | $175.00 | $175.00 |
| 06/24/05 | review state court dox; draft ltr HWD refund | | $0.00 | $175.00 |
| 07/17/05 | transmit Solomon discovery to client, pls fill in | | $0.00 | $175.00 |
| 07/19/05 | state request to revise & discovery | | $0.00 | $175.00 |
| 07/19/05 | ltr to Solomon re SETL figure for Citi claim | | $0.00 | $175.00 |
| 08/19/05 | call from solomon ?bky? | | $0.00 | $175.00 |
| 08/22/05 | review response state court disc, ltr to JE | | $0.00 | $175.00 |
| 08/22/05 | ltr to Solomon re missing discover | | $0.00 | $175.00 |
| 08/31/05 | email client re est SETL amt for Citi | | $0.00 | $175.00 |
| 09/02/05 | review response state court disc, fax to JF | | $0.00 | $175.00 |
| 09/30/05 | consult client re FDCPA action, class or indiv. | 0.50 | $175.00 | $350.00 |
| 10/18/05 | draft summons complaint, cover | 1.25 | $437.50 | $787.50 |
| 10/22/05 | rule 4 service | 0.5 | $175.00 | $962.50 |
| 12/23/05 | SETL offer to def $3k inclusive | 0.25 | $87.50 | $1,050.00 |
| 12/31/05 | draft sked | 0.5 | $175.00 | $1,225.00 |
| 02/10/06 | discovery to defendants | 1.25 | $437.50 | $1,662.50 |
| 02/10/06 | motion to strike aff def | 0.75 | $262.50 | $1,925.00 |
| 02/10/06 | after 12/31, efforts to get response to plan rpt | 0.5 | $175.00 | $2,100.00 |
| 04/11/06 | ltr to JE re discovery disputes | 0.75 | $262.50 | $2,362.50 |
| 04/13/06 | notice defendants' depo | 0.5 | $175.00 | $2,537.50 |
| 04/29/06 | motion to compel, objections | 1.5 | $525.00 | $3,062.50 |
| 04/29/06 | motion to compel, no objections | 0.75 | $262.50 | $3,325.00 |
| 05/16/06 | beg research inspections | 1 | $350.00 | $3,675.00 |
| 05/17/06 | draft Opp Protective Order | 1.5 | $525.00 | $4,200.00 |
| 05/17/06 | continue research inspections | 0.5 | $175.00 | $4,375.00 |
| 06/26/06 | 2d notice deposition | 0.3 | $105.00 | $4,480.00 |
| 07/17/06 | beg draft reply to discovery | 1.5 | $525.00 | $5,005.00 |
| 07/17/06 | revise joint report | 0.15 | $52.50 | $5,057.50 |
| 07/24/06 | 2d Opp. Prot Order | 0.5 | $175.00 | $5,232.50 |
| 07/24/06 | finish response to discovery | 0.5 | $175.00 | $5,407.50 |
| 07/24/06 | Motion to compel | 0.5 | $175.00 | $5,582.50 |
| 07/24/06 | review draft response with client | 0.4 | $140.00 | $5,722.50 |
| 08/01/06 | corrected response to def discovery | 0.2 | $70.00 | $5,792.50 |
| 08/31/06 | offer SETL state and federal cases | 0.3 | $105.00 | $5,897.50 |
| 10/31/06 | review ruling, ltr to JGM, email JE | 0.5 | $175.00 | $6,072.50 |

| Date | Description | Hours | Amount | Running Total |
|---|---|---|---|---|
| 11/13/06 | research & obj to discovery ruling | 1.2 | $420.00 | $6,492.50 |
| 11/16/06 | offer SETL $1k plus fees, costs | 0.2 | $70.00 | $6,562.50 |
| 11/16/07 | review discovery ruling, email JE re compliance | 0.3 | $105.00 | $6,667.50 |
| 11/27/07 | SETL offer to def $1k + fee,cost | 0.15 | $52.50 | $6,720.00 |
| 11/27/07 | tel conf w/court & prep | 0.5 | $175.00 | $6,895.00 |
| 12/17/07 | update research 30 day period, check DF case | 1 | $350.00 | $7,245.00 |
| 12/17/07 | review files for depo, notes, research | 1 | $350.00 | $7,595.00 |
| 12/18/07 | 3d depo notice for defs; calls to find ct rptr | 0.5 | $175.00 | $7,770.00 |
| 01/12/08 | beg review of Lynn, Hamblin & state court files | 2 | $700.00 | $8,470.00 |
| 01/12/08 | depo notice to client | 0.2 | $70.00 | $8,540.00 |
| 01/14/08 | outline ques, select dox for exhibits + | 4 | $1,400.00 | $9,940.00 |
| 01/14/08 | watch video, compare floor plan | 0.75 | $262.50 | $10,202.50 |
| 01/15/08 | drive to Albany | 3 | $1,050.00 | $11,252.50 |
| 01/16/08 | review ques, 2 deps | 5 | $1,750.00 | $13,002.50 |
| 01/17/08 | outline anticipated depo questions, emails JE | 1.5 | $525.00 | $13,527.50 |
| 01/17/08 | drive back | 3 | $1,050.00 | $14,577.50 |
| 01/17/08 | SETL offer to def | 0.2 | $70.00 | $14,647.50 |
| 01/21/08 | depo & prep 12:15 to 5:00 | 4.75 | $1,662.50 | $16,310.00 |
| 01/22/08 | offer SETL $1k plus fees, costs | 0.1 | $35.00 | $16,345.00 |
| 01/31/08 | repeat offer, argue about setl tactics | 0.18 | $63.00 | $16,408.00 |
| 02/04/08 | prep setl conf | 0.25 | $87.50 | $16,495.50 |
| 02/05/08 | check # cases filed by Julie in 2008 | 0.5 | $175.00 | $16,670.50 |
| 02/05/08 | setl conf def 5k pl 17.5k inclusive | 2.5 | $875.00 | $17,545.50 |
| 02/07/08 | beg research act of atty = act of client | 0.5 | $175.00 | $17,720.50 |
| 02/11/08 | continue research act of atty; offer settle | 0.5 | $175.00 | $17,895.50 |
| 02/12/08 | beg stip | 0.5 | $175.00 | $18,070.50 |
| 02/12/08 | continue stip and review of discovery | 1.25 | $437.50 | $18,508.00 |
| 02/13/08 | update rsearch, goldman, romea & shep | 0.5 | $175.00 | $18,683.00 |
| 02/16/08 | beg draft overshdw part, additl research | 2.6 | $910.00 | $19,593.00 |
| 02/16/08 | draft balance of substantive args; offer settle | 2 | $700.00 | $20,293.00 |
| 02/18/08 | update research pers liab dmg, review deps | 2 | $700.00 | $20,993.00 |
| 02/18/08 | revise brf re add't violations & bfe | 2.3 | $805.00 | $21,798.00 |
| 02/18/08 | prepare Local Rule 56 stmt, client aff; offer set | 1.75 | $612.50 | $22,410.50 |
| 02/20/08 | revise brf & Stmt, add cites; offer setl | 1 | $350.00 | $22,760.50 |
| 02/26/08 | offer settle incl fees and costs | 0.2 | $70.00 | $22,830.50 |
| 02/28/08 | notice withdraw pars 14-16 | 0.2 | $70.00 | $22,900.50 |

| Date | Description | Hours | Amount | Total |
|---|---|---|---|---|
| 02/28/08 | respond to ltr threatening m/compel | 0.2 | $70.00 | $22,970.50 |
| 02/29/08 | drafts re withdraw allegations; offer settle | 0.15 | $52.50 | $23,023.00 |
| 03/26/08 | review dox for pre filing | 0.2 | $70.00 | $23,093.00 |
| 03/26/08 | prefiling conf | 0.75 | $262.50 | $23,355.50 |
| 04/03/08 | amend complaint, msj | 0.5 | $175.00 | $23,530.50 |
| 04/30/08 | DF re SETL | 0.1 | $35.00 | $23,565.50 |
| 05/09/08 | offer SETL $1050 plus fees, costs | 0.1 | $35.00 | $23,600.50 |
| 05/13/08 | beg review dox, emails JE & Citi re privacy | 0.8 | $280.00 | $23,880.50 |
| 05/14/08 | research wrong can be undone | 0.5 | $175.00 | $24,055.50 |
| 05/14/08 | comparing defs' memos: identical | 0.4 | $140.00 | $24,195.50 |
| 05/14/08 | research new claims allowed in SJ | 1.2 | $420.00 | $24,615.50 |
| 05/15/08 | offer settle $1k plus fees and costs | 0.1 | $35.00 | $24,650.50 |
| 05/15/08 | update twonbly & pleading research | 0.75 | $262.50 | $24,913.00 |
| 05/15/08 | beg draft rply re false recognizance | 3 | $1,050.00 | $25,963.00 |
| 05/15/08 | review dox re g violation | 0.6 | $210.00 | $26,173.00 |
| 05/15/08 | research and draft M seal / strike | 1.3 | $455.00 | $26,628.00 |
| 05/15/08 | review Fisher aff, Def Mat fact | 1 | $350.00 | $26,978.00 |
| 05/16/08 | revise to add Fuentes, Clomon | 0.17 | $59.50 | $27,037.50 |
| 05/16/08 | update research transitional language | 0.9 | $315.00 | $27,352.50 |
| 05/16/08 | drft rply re letter, overshadowing | 2.3 | $805.00 | $28,157.50 |
| 05/19/08 | revise brf, research "however" add DF depo | 1.3 | $455.00 | $28,612.50 |
| 05/19/08 | offer settle $1k plus fees and costs | 0.1 | $35.00 | $28,647.50 |
| 05/19/08 | research & draft M/deny or extend | 1.75 | $612.50 | $29,260.00 |
| 05/31/08 | researsh SJ stds, review def brf, draft opp | 1.5 | $525.00 | $29,785.00 |
| 05/31/08 | review Fisher aff, Def Mat fact, respond thereto | 1.25 | $437.50 | $30,222.50 |
| 06/02/08 | revise brf, mat facts re def's collection recrds | 0.85 | $297.50 | $30,520.00 |
| 08/20/08 | offer settle $1k plus fees and costs, | 0.1 | $35.00 | $30,555.00 |
| 10/21/08 | same` | 0.05 | $17.50 | $30,572.50 |
| 11/01/08 | review docs for arg ++ | 1.8 | $630.00 | $31,202.50 |
| 11/03/08 | outline arg | 0.5 | $175.00 | $31,377.50 |
| 11/03/08 | oral arg + travel | 3 | $1,050.00 | $32,427.50 |
| 02/23/09 | offer setl fee app | 0.2 | $70.00 | $32,497.50 |
| 03/03/09 | inquire re fee app setl | 0.05 | $17.50 | $32,515.00 |
| 03/06/09 | inquire re fee app setl | 0.05 | $17.50 | $32,532.50 |
| 03/09/09 | fee app incl billing jdg + | 3 | $1,050.00 | $33,582.50 |
| 03/09/09 | other follow-up emails JE re setl etc 75+ @ .0 | 3.75 | $1,312.50 | $34,895.00 |

Ellis v Solomon  COSTS

|  |  |  |
|---|---|---|
|  | 250 | Filing |
| Jan 15-17, 2008 | 75.75 | 150 miles |
| deposition, Albany | 270 | hotel |
|  | 4 | tolls |
|  | 75.75 | 150 miles |
|  | 603 | depo |
|  | 86.82 | meals ++ |
| Jan. 21, 2008 | 21.21 | mileage |
| depo of Ellis | 31.5 | clt travel |

Total $1,413.03