UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANET ELLIS, | : | CIVIL ACTION NO.: |
| | : | 3:05-CV-01623(JBA) |
| | : | |
| V. | : | |
| | : | |
| SOLOMON AND SOLOMON, P.C., | : | |
| JULIE S. FARINA,   and | : | |
| DOUGLAS FISHER, | : | March 12, 2010 |

## **STIPULATION**

WHEREAS, the Court entered a judgment in favor of the plaintiff on February 24, 2009;

WHEREAS, the District Court made an attorney's fee award to the plaintiff in the amount of thirty-six thousand one hundred and thirty-three dollars ($36,133.00) on October 20, 2009;

WHEREAS, the defendants appealed the decision of the District Court to the Second Circuit Court of Appeals (the "Appeal");

WHEREAS, the Second Circuit affirmed the decision of the District Court on January 13, 2010;

WHEREAS, the defendants are considering filing a petition for a writ of certiorari in the U.S. Supreme Court with respect to the Second Circuit's decision (the "Petition");

WHEREAS, the plaintiff intends to seek a supplemental order regarding attorney's fees and costs incurred in the defense of the appeal; and

WHEREAS, the parties desire to avoid the inconvenience and expense of a contested supplemental application for attorney's fees and costs.

NOW, THEREFORE, the parties hereby stipulate and agree, as follows:

1. The parties agree that a supplemental order for attorney's fees and costs shall enter in favor of the plaintiff in the amount of fifteen thousand six hundred twenty six dollars ($15,626.00).

2. This Stipulation shall be without prejudice to the Defendants' right to file the Petition and seek review of the Second Circuit's decision in this matter by the United States Supreme Court.

| THE PLAINTIFF | THE DEFENDANTS |
|---|---|
| By: _/s/ Joanne S. Faulkner___<br>Joanne S. Faulkner, Esq.<br>123 Avon Street<br>New Haven, CT 06511<br>(203) 772-0395<br>faulknerlawoffice@snet.net | By:___/s/ Jonathan D. Elliot<br>Jonathan D. Elliot  (ct05762)<br>Zeldes, Needle & Cooper, P.C.<br>1000 Lafayette Boulevard<br>Post Office Box 1740<br>Bridgeport, CT  06604<br>Tel:  (203) 333-9441<br>Fax: (203) 333-1489<br>e-mail: jelliot@znclaw.com |